

# United States District Court
# Eastern District of California

AHVIE HERSKOWITZ M.D.

Plaintiff(s)

V.

RANDY M. JAWKINS M.D. et.al.

Defendant(s)

Case Number: 2:24-cv-03036-TLN-AC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JACQUES G. SIMON _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Ahvie Herskowitz M.D.

On May 31, 1989 (date), I was admitted to practice and presently in good standing in the NY Appellate Div. 2nd Dept. (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Kelly McCann v. Randy W. Hawkins et.al. 2:24-cv-01138-WBS-AA. Motion date: 04/24/24
Application Granted 04/26/24 Magistrate Judge Kim.

Date: 11/12/24

Signature of Applicant: /s/ JACQUES G. SIMON

**Pro Hac Vice Attorney**

Applicant's Name: JACQUES G. SIMON

Law Firm Name: JACQUES G. SIMON ATTORNEY AT LAW P.C.

Address: 200 Garden City Plaza Suite 301

City: Garden City   State: NY   Zip: 11530

Phone Number w/Area Code: 516-378-8400

City and State of Residence: Mill neck NY

Primary E-mail Address: jgs@jaqcuesssimon.com

Secondary E-mail Address: jsimonlaw2@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: MICHAEL MACHAT ESQ.

Law Firm Name: MACHAT AND ASSOCIATES P.C.

Address: 8730 Sunset Blvd., Ste 250

City: West Hollywood   State: CA   Zip: 90069

Phone Number w/Area Code: (310) 860-1833   Bar #: 109475

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 18, 2024

_____
JUDGE, U.S. DISTRICT COURT